NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3078

BERNARDITA B. ARMACHUELO,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in SF0831080423-I-1.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

The Office of Personnel Management (OPM) moves to reform the official caption to designate the Merit Systems Protection Board as respondent and for an extension of time to file the respondent's brief.

Bernardita B. Armachuelo filed an appeal alleging that OPM erred in finding her ineligible for federal health benefits. The Board concluded that it did not have jurisdiction over Armachuelo's claim because decisions involving the administration of health benefits are not reviewable by the Board.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this

case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)   The motions are granted. The revised official caption is reflected above.

(2)   The Board's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

**APR  2 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 2 2009

JAN HORBALY
CLERK

cc:   Bernardita B. Armachuelo
      Mariana Teresa Acevedo, Esq.
      Joyce Friedman, Esq.

s20

2